Gordon & Rees LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURY 21 REAL ESTATE LLC, a Delaware Limited Liability Company,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>WILLIAM CLEMENT COMPANY, INC., a California corporation; CLEMENT LOMBARDI, an individual; and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | CASE NO. SACV13-1648 DOC DFMx<br><br>Judge:  David O. Carter<br>Courtroom:  9D<br><br>Complaint filed: 10/22/2013<br>Trial Date: None Set<br><br>**JUDGMENT PURSUANT TO ENTRY OF DEFAULT [25]** |

On May 30, 2014, the Court granted the Motion for Default Judgment of Plaintiff Century 21 Real Estate LLC ("Plaintiff") against Defendants William Clement Company, Inc., and Clement Lombardi ("Defendants").  Based on the record established in this action, and for good cause appearing therefore, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment be entered against Defendants, jointly and severally, in the total amount of **$128,196.04**, which sum is calculated as follows:

1. Judgment in favor of Plaintiff in the sum of **$120,192.20**.

2. Attorney's fees in the amount of **$8,003.84**.  (Local Rule 55-3.)

**IT IS SO ORDERED.**

DATED:  June  30, 2014

_____
Hon. David O. Carter
Judge of the United States District Court

-2-
JUDGMENT PURSUANT TO ENTRY OF DEFAULT